### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALDREAMER SMITH | ) |
| | ) |
| Plaintiff, | ) CASE NO. 1:22-cv-00655-CFC |
| | ) |
| v. | ) |
| | ) |
| ALACRITY SOLUTIONS GROUP, LLC, | ) |
| | ) |
| Defendant. | ) |

### **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Aldreamer Smith voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendant has filed neither an answer nor a motion for summary judgment in the Action.

Dated: July 8, 2022

**DELEEUW LAW LLC**

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw (#3569)
1301 Walnut Green Road
Wilmington, DE 19807
Telephone: (302) 274-2180
Email: brad@deleeuwlaw.com